IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

NICOLAS DAVID CENTENO, ET AL., :
:
    Plaintiffs, :
: Civil No.: 1:16-cv-01545 (JFA)
v. :
:
VERO DESIGN BUILD, LLC, ET AL., :
:
    Defendants. :

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Plaintiffs and Defendants (the "Parties"), after participating in a Settlement Conference with The Honorable John F. Anderson, move for Court approval of the settlement reached by the Parties at the Settlement Conference in the above captioned matter which has been fully satisfied.

The Parties waive oral argument.

    Respectfully submitted,

    STEIN SPERLING BENNETT
    DE JONG DRISCOLL PC

By:     /s/
    Eduardo S. Garcia (90738)
    25 West Middle Lane
    Rockville, Maryland 20850
    (301) 340-2020
    (301) 354-8326 (fax)
    egarcia@steinsperling.com

*Attorneys for Plaintiff*

and

CAMPBELL FLANNERY, PC

By:     /s/
James P. Campbell (VSB #25097)
1602 Village Market Boulevard #220
Leesburg, Virginia 20175
(703) 771-8344/Telephone
(703) 777-1485/Facsimile
JCampbell@CampbellFlannery.com

*Attorneys for Defendants*

2

5486344_1