## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

NICOLAS DAVID CENTENO, ET AL.,    :
                                  :
            Plaintiffs,           :
                                  :  Civil No.: 1:16-cv-01545 (JFA)
v.                                :
                                  :
VERO DESIGN BUILD, LLC, ET AL.,   :
                                  :
            Defendants.           :

### <u>O R D E R</u>

Upon consideration of the Joint Motion for Approval of Settlement Agreement filed by the Parties, it is hereby ORDERED,

1. That the Joint Motion for Approval of Settlement Agreement is GRANTED; and

2. That the Court approves the Parties' proposed Settlement Agreement as representing a *bona fide* compromise of Plaintiffs' FLSA claims that is fair and reasonable in light of the FLSA's statutory requirements; and

3. That the above-captioned case is DISMISSED with prejudice.

SO ORDERED

DATED: _____     _____
                                THE HONORABLE JOHN F. ANDERSON
                                UNITED STATES MAGISTRATE JUDGE

1

SEEN AND AGREED:

By Counsel

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By: _____/s/_____

Eduardo S. Garcia (90738)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8326 (fax)
egarcia@steinsperling.com

*Attorneys for Plaintiff*

and

CAMPBELL FLANNERY, PC

By: _____/s/_____

James P. Campbell (VSB #25097)
1602 Village Market Boulevard #220
Leesburg, Virginia 20175
(703) 771-8344/Telephone
(703) 777-1485/Facsimile
JCampbell@CampbellFlannery.com

*Attorneys for Defendants*

5486346_1