IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

NICOLAS DAVID CENTENO, ET AL.,　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiffs,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　: Civil No.: 1:16-cv-01545 (JFA)
v.　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
VERO DESIGN BUILD, LLC, ET AL.,　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　Defendants.　　　　　　　　　　　:

## ORDER

Upon consideration of the Joint Motion for Approval of Settlement Agreement filed by the Parties, it is hereby ORDERED,

1. That the Joint Motion for Approval of Settlement Agreement is GRANTED; and

2. That the Court approves the Parties' proposed Settlement Agreement as representing a *bona fide* compromise of Plaintiffs' FLSA claims that is fair and reasonable in light of the FLSA's statutory requirements; and

3. That the above-captioned case is DISMISSED with prejudice.

SO ORDERED

DATED: October 23, 2017

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　John F. Anderson
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

THE HONORABLE JOHN F. ANDERSON
UNITED STATES MAGISTRATE JUDGE

SEEN AND AGREED:

By Counsel

                STEIN SPERLING BENNETT
                DE JONG DRISCOLL PC

By:      /s/
                Eduardo S. Garcia (90738)
                25 West Middle Lane
                Rockville, Maryland 20850
                (301) 340-2020
                (301) 354-8326 (fax)
                egarcia@steinsperling.com

                *Attorneys for Plaintiff*

                and

                CAMPBELL FLANNERY, PC

By:      /s/
                James P. Campbell (VSB #25097)
                1602 Village Market Boulevard #220
                Leesburg, Virginia 20175
                (703) 771-8344/Telephone
                (703) 777-1485/Facsimile
                JCampbell@CampbellFlannery.com

                *Attorneys for Defendants*